IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 23-cv-01770-PAB-NRN

RICHARD SMITH,

    Plaintiff,

v.

THE HARTFORD LIFE AND ACCIDENT COMPANY, and
GROUP LONG TERM DISABILITY PLAN FOR THE EMPLOYEES OF JOHNS MANVILLE,

    Defendants.

_____

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
_____

    This matter is before the Court on the magistrate judge's Report and Recommendation Regarding Administrative Closure [Docket No. 27].  The recommendation states that objections to the recommendation must be filed within fourteen days after its service on the parties.  Docket No. 27 at 3; *see also* 28 U.S.C. § 636(b)(1)(C).  The recommendation was served on November 16, 2023.  *See* Docket No. 27.  No party has objected to the recommendation.

    In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate.  *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").  In this matter, the Court has reviewed the recommendation

to satisfy itself that there is "no clear error on the face of the record."[1]  Fed. R. Civ. P. 72(b), Advisory Committee Notes.  Based on this review, the Court has concluded that the recommendation is a correct application of the facts and the law.

Accordingly, it is

**ORDERED** that the Report and Recommendation Regarding Administrative Closure [Docket No. 27] is **ACCEPTED**.  It is further

**ORDERED** that this case is **administratively closed** pursuant to D.C.COLO.LCivR 41.2.  Any party may move to reopen the case for good cause.  It is further

**ORDERED** that the parties shall file a status report with the Court on or before **June 3, 2024**, or within **15 days** of defendant Hartford Life and Accident Company's decision on plaintiff's disability claim, whichever is earlier.

DATED December 1, 2023.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review.  Fed. R. Civ. P. 72(b).